**United States Court of Appeals**
**FOR THE EIGHTH CIRCUIT**

_____

No. 96-1954

_____

United States of America,       *
     *
       Appellee,       *
     *     Appeal from the United States
     v.       *     District Court for the
     *     Western District of Missouri.
David C. Hairabedian,       *
     *          [UNPUBLISHED]
       Appellant.       *

_____

Submitted:  August 7, 1997

Filed: August 25, 1997

_____

Before McMILLIAN, BEAM, and MORRIS SHEPPARD ARNOLD, Circuit Judges.

_____

PER CURIAM.

     David C. Hairabedian appeals the district court's[1] denial without an evidentiary hearing of his 28 U.S.C. § 2255 motion to vacate the 262-month sentence imposed after he pleaded guilty to a drug charge. After de novo review, we conclude the denial was proper. Accordingly, we affirm. See 8th Cir. R. 47B.

_____

     [1]The Honorable Scott O. Wright, United States District Judge for the Western District of Missouri.

We also deny Hairabedian's motions for oral argument, appointment of counsel, remand, and permission to supplement the record.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.